UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS & GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS HEALTH & WELFARE FUND, PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS, PAINTERS DISTRICT COUNCIL #58 401K FUND, PAINTERS DISTRICT COUNCIL #58 APPRENTICESHIP FUND, PAINTERS DISTRICT COUNCIL #58 and PAINTERS LOCAL #32,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALVIN KRANTZ PAINTING, INC., a Tennessee corporation,<br><br>    Defendant. | Case No. 04-cv-4144-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 15) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  October 17, 2005**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**