UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAINTERS & GLAZIERS OF CENTRAL AND
SOUTHERN ILLINOIS HEALTH & WELFARE
FUND, PAINTERS DISTRICT COUNCIL #58
FRINGE BENEFIT FUNDS, PAINTERS
DISTRICT COUNCIL #58 401K FUND,
PAINTERS DISTRICT COUNCIL #58
APPRENTICESHIP FUND, PAINTERS
DISTRICT COUNCIL #58 and PAINTERS
LOCAL #32,

               Plaintiffs,

     v.

ALVIN KRANTZ PAINTING, INC., a Tennessee
corporation,

               Defendant.

Case No. 04-cv-4144-JPG

## JUDGMENT

     This matter having come before the Court, and all parties having stipulated to dismissal

without prejudice,

     IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

                                  **NORBERT JAWORSKI**

**Dated:  October 17, 2005**              **By: s/Deborah Agans, Deputy**
                           **Clerk**_____

**Approved:**    s/ J. Phil Gilbert_____
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**